IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>ELEGANTE CERAMIC TILE & MARBLE INSTALLATION, INC.,<br><br>    Defendant. | Civil Action No. 08-0611 (ESH) |

**DECLARATION OF CHARLES V. MEHLER III IN SUPPORT OF**
**SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, **CHARLES V. MEHLER III**, hereby declare as follows:

1. I am an attorney with the law firm of Dickstein Shapiro LLP, counsel to the Plaintiffs in the above-captioned case.

2. On July 18, 2008, service of the Summons and Complaint in this action was made upon Elegante Ceramic Tile & Marble Insulation, Inc. by delivering said documents at 1607 Merriweather, Troy, MI 48098 upon Anna Larocca, owner, authorized to accept service on behalf of Elegante Ceramic Tile & Marble Insulation, Inc.

3. Proof of such service is provided by the Declaration of process server, S. Miller, attached hereto as Exhibit 1.

4. I declare under penalty of perjury that the foregoing is true and correct.

Date: July 28, 2008

                /s/ Charles V. Mehler III
                Charles V. Mehler III


## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Declaration of Charles V. Mehler III in Support of Service of the Summons and Complaint was served by first-class mail, postage prepaid, on the 28th day of July 2008 upon:

>Elegante Ceramic Tile & Marble Insulation, Inc.
>1607 Merriweather
>Troy, MI  48098

*Chanda Morgan* (signed)

**EXHIBIT 1**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

    Plaintiffs,

V.

ELEGANTE TILE & MARBLE
INSTALLATION, INC.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE   Case: 1:08-cv-00611
Assigned To : Huvelle, Ellen S.
Assign. Date : 4/8/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

ELEGANTE ^CERAMIC TILE & MARBLE
  INSTALLATION, INC.
1607 Merriweather
Troy, MI 48098

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      APR - 8 2008

CLERK                                      DATE

*/s/ signature*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint* was made by me⁽¹⁾ | DATE<br>07-18-08 @ 8:26 am |
| NAME OF SERVER *(PRINT)*<br>S. Miller | TITLE<br>Private Process Sever |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by serving Anna Larocca, Owner, authorized to accept. Service was completed at 1607 Merriweather, Troy, MI 48098

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-18-08
          Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*

\* Exhibit A

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.