CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,
    Plaintiff(s)

vs.

Civil Action No. 08-0611 (ESH)

ELEGANTE CERAMIC TILE & MARBLE INSULATION, INC.,
    Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 8TH day of August, 2008, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) ELEGANTE CERAMIC TILE & MARBLE INSULATION, INC. was [were] (select one):

☒ personally served with process on July 18, 2008.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):_____.

☐ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:_____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
☒ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
IRA R. MITZNER
DICKSTEIN SHAPIRO LLP
1825 EYE STREET, NW
WASHINGTON, DC 20006
(202) 420-2200

184564
Bar Id. Number

Name, Address and Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Affidavit in Support of Default was served by first-class mail, postage prepaid, on the 8th day of August 2008 upon:

Elegante Ceramic Tile & Marble Insulation, Inc.
1607 Merriweather
Troy, MI 48098

*Chanda Morgan*
Chanda Morgan