Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.

    Plaintiff(s)

V.

ELEGANTE CERAMIC TILE & MARBLE INSTALLATION, INC

    Defendant(s)

Civil Action No. 08-cv-00611-ESH

RE: ELEGANTE CERAMIC TILE & MARBLE INSTALLATION, INC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 18, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 21st day of August, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
Deputy Clerk