UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08-0611 (ESH) |
| ELEGANTE CERAMIC TILE & MARBLE INSTALLATION, INC. | ) |
| Defendant. | ) |

## ORDER

Default having been entered by the Clerk of Court on August 21, 2008, it is hereby

**ORDERED** that plaintiffs shall move for default judgment on or before September 9, 2008, or the Court will dismiss this action for lack of prosecution pursuant to Local Civil Rule 83.23.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 26, 2008